# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  MICHAEL KARLOV & KATHERINE KARLOV            Case Number: 04-73015
5519 CHANCERY WAY                     SSN-xxx-xx-5376 & xxx-xx-2952
LAKE IN THE HILLS, IL  60156

Case filed on:       6/10/2004
Plan Confirmed on:  10/15/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $28,324.90     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 1,600.00 | 1,600.00 | 1,600.00 | 0.00 |
|  | Total Legal | 1,600.00 | 1,600.00 | 1,600.00 | 0.00 |
| 999 | MICHAEL KARLOV | 0.00 | 0.00 | 20.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 20.00 | 0.00 |
| 001 | FLAGSTAR BANK, FSB | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | GREAT BANK ALGONQUIN | 14,435.00 | 14,435.00 | 14,435.00 | 1,684.42 |
|  | Total Secured | 14,435.00 | 14,435.00 | 14,435.00 | 1,684.42 |
| 002 | GREAT BANK ALGONQUIN | 188.02 | 65.81 | 65.81 | 0.00 |
| 003 | ROUNDUP FUNDING LLC | 957.63 | 335.17 | 335.17 | 0.00 |
| 004 | ROUNDUP FUNDING LLC | 2,825.95 | 989.08 | 989.08 | 0.00 |
| 005 | SMC | 543.41 | 190.19 | 190.19 | 0.00 |
| 006 | RESURGENT CAPITAL SERVICES | 6,166.04 | 2,158.11 | 2,158.11 | 0.00 |
| 007 | RESURGENT CAPITAL SERVICES | 2,233.04 | 781.56 | 781.56 | 0.00 |
| 008 | RESURGENT CAPITAL SERVICES | 5,302.53 | 1,855.89 | 1,855.89 | 0.00 |
| 009 | FLEET | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | JC PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS BANKRUPTCY SERVICE | 1,780.07 | 623.02 | 623.02 | 0.00 |
| 013 | SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | WAL MART | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | RESURGENT CAPITAL SERVICES | 4,749.30 | 1,662.26 | 1,662.26 | 0.00 |
|  | Total Unsecured | 24,745.99 | 8,661.09 | 8,661.09 | 0.00 |
|  | Grand Total: | 40,780.99 | 24,696.09 | 24,716.09 | 1,684.42 |

Total Paid Claimant:    $26,400.51
Trustee Allowance:      $1,924.39
Percent Paid Unsecured:     100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009          By   /s/Heather M. Fagan